**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                    CASE NO. 09-41059-TLH4
                                          CHAPTER 13
FILLMORE WINSLOW GRIFFITH
MARILYNN NGOZI GRIFFITH

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: THE WESTOVER which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 419349 in the amount of 29.16 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
_____
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

FILLMORE WINSLOW GRIFFITH      THE WESTOVER HOMEOWNERS
MARILYNN NGOZI GRIFFITH        ASSOCIATION
4505 WESTOVER DRIVE            4244 W TENNESSEE ST STE 182
TALLAHASSEE, FL 32303          TALLAHASSEE, FL 32304

AND

DAVID H. ABRAMS
LAW OFFICE OF DAVID H.
ABRAMS
P.O. BOX 3298
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
_____
OFFICE OF CHAPTER 13 TRUSTEE

8/31/2011  1:29 pm / CR_213