```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF FLORIDA
                     TALLAHASSEE DIVISION
```

IN RE:                                  CASE NO. 09-41059-TLH4
                                        CHAPTER 13
FILLMORE WINSLOW GRIFFITH
MARILYNN NGOZI GRIFFITH

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: WESTOVER HOMEOWNERS ASSOC. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 424545 in the amount of 20.51 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| FILLMORE WINSLOW GRIFFITH | THE WESTOVER HOMEOWNERS |
| MARILYNN NGOZI GRIFFITH | ASSOCIATION |
| 4505 WESTOVER DRIVE | 4244 W TENNESSEE ST STE 182 |
| TALLAHASSEE, FL 32303 | TALLAHASSEE, FL 32304 |

AND

DAVID H. ABRAMS
LAW OFFICE OF DAVID H. ABRAMS
P.O. BOX 3298
TALLAHASSEE, FL 32315

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                          /s/Leigh D. Hart or
                          /s/William J. Miller, Jr.
11/29/2011  2:06 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE
```